IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-38-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **ORDER TO SEAL** |
| v. ) | |
| ) | |
| CAYLE MARCUS COLEMAN, ) | |
| ) | |
| Defendant. ) | |

Upon Motion to Seal by the defendant, it is hereby ORDERED that Docket Entry Number  64  , in the above-captioned case, be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the defendant's attorney and to the United States Attorney.

SO ORDERED, this the  13  day of June, 2018.

James C. Dever, III
Chief United States District Court Judge