IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-38-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | |
| | ) | |
| CAYLE MARCUS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion to Seal by the defendant, it is hereby ORDERED that Docket Entry Number 85, in the above-captioned case, be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the defendant's attorney and to the United States Attorney.

SO ORDERED, this the 27 day of November, 2018.

James C. Dever, III
United States District Court Judge