IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.  5:17-CR-00038-D-1

UNITED STATES OF AMERICA        :
                                :
            v.                  :
                                :
CAYLE MARCUS COLEMAN            :
    a/k/a "Kumar"               :
    a/k/a "Kamari"              :


## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement and guilty plea by the defendant on January 23, 2018, and such further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), the latter made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), to wit:

1) $2,745.00 in U.S. Currency;

2) .25 caliber Anciens Establishment Pieper semiautomatic handgun bearing serial number 5316;

3) Forty (40) rounds of 9mm Lugar Tulammo ammunition;

4) Five (5) rounds of .25 caliber ammunition.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement,

1

the United States is now entitled to possession of said property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.     That $2,745.00, which constitutes or is derived from proceeds traceable to Defendant's violation of 21 U.S.C. § 846, is forfeited to the United States.  Pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part, provided the United States makes the showing required by 21 U.S.C. § 853(p). Any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U.S. Department of the Treasury, as soon as located or recovered, into the U.S. Department of Justice's Assets Forfeiture Fund or the U.S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

2.     That the United States is hereby authorized to seize the above-stated tangible personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3).

3.     In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this

Order is now final as to the defendant.

4.     That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.   This **8** day of __January__ , 201**9**.


JAMES C. DEVER, III
Chief United States District Judge